UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 07-07614-MMM (AGRx) | Date | May 16, 2008 |
|---|---|---|---|

Title    James F. Cohan vs. Vons Companies

Present: The Honorable    MARGARET M. MORROW

| ANEL HUERTA | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:    Attorneys Present for Defendants:

None appearing                        None appearing

**Proceedings:**    IN CHAMBERS - COURT ORDER RE ORDER SHOW CAUSE; CONTINUING; TELEPHONE STATUS CONFERENCE

The court set a further telephone status conference for May 15, 2008 at 5:15 p.m.. Plaintiff counsel was directed to initiate the call. Plaintiff counsel failed to initiate the call and appear for the further telephone status conference.

The court issues an Order To Show Cause re dismissal for failure to appear and for failure to comply with this court's orders. Plaintiff is directed to file a written response no later than May 20, 2008. Failure to comply with this court's orders will the result in the immediate dismissal without further notice.

Telephone Status Conference in the above-entitled case is continued to **May 22, 2008 at 5:00 p.m.**

Plaintiffs' counsel is to initiate the call for the further telephone status conference through the telephone operator to include all counsel of record and chambers at **(213) 894-2957**. If there is any problem completing the call, counsel should contact the courtroom deputy, Anel Huerta, at (213) 894-7857.